**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas Porter <br> Debtor(s) | CHAPTER 13 <br> BKY. NO. 16-23009 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Carrington Mortgage Services as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Attorney for Movant/Applicant