IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Thomas Porter | : | Bankruptcy No.16-23009-TPA |
| | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Thomas Porter | : | |
| | : | |
| Movant s | : | |
|    v. | : | |
| | : | |
| No | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF CONVERSION ORDER CONVERTING CAASE FROM CHAPTER 13 TO CHAPTER 7

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  April 19, 2018, as follows:

Served Electronically:
Ronda J. Winnecour, Chapter 13 Trustee


Via Mail:

See attached list

EXECUTED ON: April 19, 2018

/s/Samuel M. DiFatta, Esquire
Samuel M. DiFatta, Esquire
PO Box 23
Tarentum, PA  15084
Phone No. (724) 882-5175
PA ID# 78156
difatta1015@comcast.net


Ally Financial
PO Box 380901
Minneapolis, MN 55438

Citifinancial
2784 E. Market Street
York, PA 17402

Citifinancial
PO Box 9001037
Louisville, KY 40290

Discover Card
PO Box 15316
Wilmington, DE 19850

First National Bank
4140 East State Street
Hermitage, PA 16148

Frances Meyers
188 Hienz Road
Slippery Rock, PA 16057

Northwest Consumer Discount
247 S. Main Street
PO Box 789
Butler, PA 16003

One Main Financial
110 Point Plaza
Butler, PA 16001

Paul McBride
319 Holiday Drive
Pittsburgh, PA 15237

USAA
PO Box 659464
San Antonio, TX 78265